**Charles CHAPMAN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 41812.**

Court of Criminal Appeals of Texas.

Oct. 29, 1969.

**327**

Charles Chapman, pro se.

Carol S. Vance, Dist. Atty., Houston, Robert Floyd and Joe S. Moss, Asst. Dist. Attys., Houston, and Jim Vollers, State's Atty., of Austin, for the State.

OPINION

MORRISON, Judge.

The offense is accomplice to robbery; the punishment, twenty years. This is a companion case to Odom v. State, Tex.Cr. App., 438 S.W.2d 912, but the facts even though necessarily the same were presented in a far different manner. In Odom v. State, supra, we held that Angelia Gerring (Campbell) was an accomplice witness. In the case at bar the Court failed over proper and timely objection to instruct the jury as a matter of law that such witness was an accomplice and failed to submit the question to the jury of her accompliceship as a matter of fact.

Stephenson v. State, 152 Tex.Cr.R. 624, 216 S.W.2d 586, and cases there cited require a reversal of this conviction.

For the error pointed out, the judgment is reversed and the cause is remanded.

DOUGLAS, J., not participating.